UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **In re AMPERE ELECTRIC CO.,** | ) | **CHAPTER 11** |
| | ) | **NO. 11 B 03664** |
| **Debtor.** | ) | **HON. JUDGE JOHN H. SQUIRES** |

## NOTICE OF MOTION

**TO:**   See Attached Service List

    **TAKE NOTICE** that on January 12, 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Presiding, in Courtroom 619, at 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached motion.

                                                /s/Robert A. Habib
                                                Robert A. Habib

**Atty. No. 3128545
Robert A. Habib
Attorney for Debtor
77 W. Washington St., Suite 411
Chicago, Illinois 60602
(312) 201-1421**

## CERTIFICATE OF SERVICE

    I, Robert A. Habib, an attorney, do hereby certify that a copy of this Notice and a copy of the attached motion were served on the parties set forth on the attached Service List, via electronic means to the Registrants through the Court's Electronic Notice for Registrants, and the rest via First Class U.S. Mail, by placing same in the U.S. Post Office Box at 77 W. Washington St., Chicago, Illinois, addressed as above, on December 13, 2011, at or before the hour of 5:00 p.m..

                                                /s/Robert A. Habib
                                                Robert A. Habib

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 11-03664<br>Northern District of Illinois<br>Chicago<br>Tue Dec 13 12:56:38 CST 2011 | Ampere Electric Company<br>399 Wall St, Unit K<br>Glendale Heights, IL 60139-1987 | Citibank, N.A.<br>701 East 60th Street North<br>SIOUX FALLS, SD 57104-0493 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | Brandon Ward<br>1549 S. Millard Ave, Unit 2<br>Chicago, IL 60623-2017 | Bupe Pearson<br>695 S. Washington St<br>Elmhurst, IL 60126-4348 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323-2402 | Community Bank Lemont<br>Goldstein Michael J Kapla<br>17 N State St #990<br>Chicago IL 60602-3569 |
| Conor Williams<br>8558 W. Kolmar Ave<br>Chicago, IL 60652 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE<br>PO BOX 7346<br>PILADELPHIA, PA 19101-7346 | First Merit Bank<br>PO Box 3648<br>Akron, OH 44309-3648 |
| Francisco Carrillo<br>10442 S. Ave., G<br>Chicago, IL 60617-6351 | Hartford Fire Insurance Co<br>Bankruptcy Unit T-1-55<br>Hartford Plaza<br>Hartford CT 06115 | Home Depot<br>PO Box 653002<br>Dallas, TX 75265-3002 |
| IRS - Federal 941<br>Internal Revenue Service<br>Department of the Treasury<br>Fresno, CA 93888-0002 | John A. Dunne Jr.<br>6030 N. Monitor Ave<br>Chicago, IL 60646-3923 | Kenneth Burman<br>103 Beech St<br>Joliet, IL 60436-1701 |
| Kristina Evans<br>5317 W. Orchard Trail<br>Monee, IL 60449-8000 | Michael Bertolani<br>3713 N. Kenneth St<br>Chicago, IL 60641-3973 | Michael Norton<br>5848 N. Leonard Ave<br>Chicago, IL 60646-5516 |
| PB Capital LLC<br>Levin Ginsburg<br>180 N LaSalle St<br>Chicago IL 60601-2501 | PB Capital LLC<br>c/o Robert J. Slobig<br>Torshen Slobig<br>105 West Adams Street, Suite 3200<br>Chicago, IL 60603-6209 | PB Captial, LLC<br>230 Park Avenue<br>New York, NY 10169-0005 |
| Parveen Bakhtiari<br>410 Fox Tr Ln<br>Oak Brook IL 60523-2786 | Richard Cafarelli<br>3821 W. 65th St<br>Chicago, IL 60629-4718 | Robert Habib<br>77 W. Washington Street<br>Suite 411<br>Chicago, IL 60602-3325 |
| Saghar Bakhtiari<br>410 Fox Tr Ln<br>Oak Brook Il 60523-2786 | Shawn Malysa<br>4908 W. 149th St<br>Oak Forest, IL 60452-1450 | Stephan Urbankiak<br>8809 S. Mcvicker Ave<br>Oak Lawn, IL 60453-1135 |

| | | |
|---|---|---|
| The Hartford Insurance<br>P.O. Box 14219<br>Lexington, KY 40512-4219 | Vasile Mihalla<br>5030 N. Marine Dr., Unit 2606<br>Chicago, IL 60640-3391 | Vincent Henley<br>7722 S. Marquette<br>Chicago, IL 60649-4793 |
| Alex D Moglia ESQ<br>Moglia Advisors<br>1325 Remington Rd, Ste H<br>Schaumburg, IL 60173-4815 | Michael J. Davis<br>Springer, Brown, Covey, Gaetner & Davis<br>400 S County Farm Road<br>Suite 330<br>Wheaton, IL 60187-4547 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Peter C. Nabhani<br>Law Office of Robert A Habib<br>77 W. Washington Street,  #411<br>Chicago, IL 60602-3325 | Robert A. Habib<br>Law Office of Robert Habib<br>77 W. Washington Street<br>Suite 411<br>Chicago, Il 60602-3325 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PB Capital, LLC | (d)Ampere Electric Company<br>399 Wall Street, Unit K<br>Glendale Heights, IL 60139-1987 | (u)Chicago, IL   60638 |
| (d)Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | (u)Ramses M. Favela<br>5735 S. Mayfield Ave. | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     5<br>Total                  42 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re AMPERE ELECTRIC CO.,** | ) CHAPTER 11 |
| | ) NO. 11 B 03664 |
| Debtor. | ) HON. JUDGE JOHN H. SQUIRES |

**FINAL FEE APPLICATION OF THE LAW OFFICE OF ROBERT HABIB AS ATTORNEYS FOR AMPERE ELECTRIC CO. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**NOW COMES** the Law Office of Robert Habib, pursuant to Sections 330 of the United States Bankruptcy Code and Bankruptcy Rules 2002(a)(6), and moves for entry of an order which provides for payment of $5,000 in compensation for services rendered on behalf of Ampere Electric Co., and in support thereof states as follows:

1. The Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on January 31, 2011.

2. On April 19, 2011, an Order was entered authorizing the Debtor to retain the Law Office of Robert Habib ("Debtor's attorneys"). Exhibit A.

3. Substantial legal services have been performed for the benefit of the Debtor's attorneys, including: review, preparation or revision of monthly operating reports, preparation for and attendance at court appearances, conferences with representatives of the U.S. Trustee, conferences with representatives of the Debtor concerning the status of the case,

cash-collateral issues, including payment of pre-petition wages to employees, etc.

4. These services also include taking part in and court appearances for various motions filed in relation to this case.

5. Considerable time has been spent by the Law Office of Robert Habib in performing these legal services.

6. This Honorable Court has approved a flat fee of $10,000.00 plus costs, of which $5,000.00 was paid prior to the filing of this suit, and a balance of $5,000.00 remains.

7. Debtor's attorneys also request reimbursement for expenses incurred in relation to this case, which is the filing fee in the amount of $1,039.00.

8. Debtor's attorneys believe that the request for compensation is appropriate given the experience and qualifications of the attorneys performing the services and the complexity of issues presented. The flat fee charged is reasonable for the tasks that were necessary.

9. At all times while employed as attorney for the Debtor, Counsel was a disinterested person, neither representing nor holding an interest adverse to the interest of the Debtor with respect to the matters on which the Debtor's Attorneys were employed.

**WHEREFORE**, the The Law Office of Robert Habib prays that an Order be entered authorizing the payment of $5,000.00 for legal services and $1,039.00 for expenses to the Law Office of Robert Habib.

                                          **/s/Robert A. Habib**
                                          **Robert A. Habib**

**ROBERT A. HABIB**
**ATTY. NO. 3128545**
**Attorney for Debtor**
**77 W. Washington Street**
**Suite 411**
**Chicago, IL 60602**
**(312) 201-1421**