**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Ampere Electric Company, | ) | Chapter: | 11 |
| *A Corporation,* | ) | | |
| | ) | Case No: | 11-03664 |
| Debtor. | ) | | |

**NOTICE OF MOTION**

TO:   See attached Service List

    Please take notice that on the 10th day of January, 2012 at 9:30 a.m., Michael J. Davis of the firm of Springer Brown Covey Gaertner and Davis shall appear before the Honorable Judge Jacqueline Cox or any judge sitting in their stead, in Courtroom No. 619 in the United States Bankruptcy Court, for the Northern District of Illinois, Eastern Division, located at 2l9 South Dearborn, Chicago, Illinois, and present Debtor's Motion for Final Decree and to Shorten Notice.

                                                        /s/ Michael J. Davis
                                                        One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, L.L.C.
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on December 30, 2011.

                                                        /s/ Michael J. Davis

**SERVICE LIST**
**11-03664**

*U.S. Trustee,* **Patrick S Layng**
USTPRegion11.ES.ECF@usdoj.gov

Robert A. Habib
robert_habib@hotmail.com
Via electronic service

Alex D Moglia
amoglia@mogliaadvisors.com
 IL31@ecfcbis.com
Via electronic service

Peter C. Nabhani
pcnabhani@gmail.com
Via electronic service

Robert J Slobig
rslobig@torshen.com
Via electronic service

Jeffrey Snell
 jeffrey.snell@usdoj.gov
Via electronic service

Ampere Electric
399 Wall St., Unit K
Glendale Hts., Ill. 60139

First Merit Bank
PO Box 3648
Akron, OH 44309

Capital One
PO Box 30285
Salt Lake City, UT 84130

D. Patrick Mullarkey
Tax Division
PO Box 55, Ben Franklin Station
Washington, DE  20044

United States Attorney
219 S. Dearborn St.
Chicago, Ill. 60604

Associate Area Counsel, SB/SE
Internal Revenue Service
200 W. Adams St., Ste. 2300
Chicago, IL 60606

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
100 W. Randolph, St. 7-499
Chicago, IL 60601

IRS – Federal 941
Internal Revenue Service
Department of the Treasury
Fresno, CA 93888-0002

Home Depot
PO Box 653002
Dallas, TX 75251

PB Capital, LLC
230 Park Avenue
New York, NY 10169

The Hartford Insurance
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford, Conn. 06115

Citibank
710 E. 60th St. North
Siuox Falls, AD 57104

Citibank
4740 121st St.
Urbandale, Ia. 50323

The Hartford Insurance
P.O. Box 14219
Lexington, KY 40512

Brandon Ward
1549 S. Millard Ave., Unit 2
Chicago, IL 60623-2017

Bupe Pearson
695 S. Washington St.
Elmhurst, IL 60126-4348

Community Bank of Elmhurst
Goldstein, Michael J. Kapla
17 N. State St., #990
Chicago, IL 60602-3569

Conor Williams
8558 W. Kolmar Ave.
Chicago, IL 60652

Francisco Carrillo
10442 S. Ave., G
Chicago, IL 60617-6351

John A. Dunne, Jr.
6030 N. Monitor Ave.
Chicago, IL 60646-3923

Kenneth Burman
103 Beech St.
Joliet, IL 60436-1701

Kristina Evans
5317 W. Orchard Trail
Monee, IL 60449-8000

Michael Bertolani
3713 N. Kenneth St.
Chicago, IL 60641-3973

Michael Norton
5848 N. Leonard Ave.
Chicago, IL 60646-5516

Parveen Bakhtiari
410 Fox Tr. Ln.
Oak Brook, IL 60523-2786

Richard Cafarelli
3821 W. 65th St.
Chicago, IL 60629-4718

Saghar Bakhtiari
410 Fox Tr. Ln.
Oak Brook, IL 60523-2786

Shawn Malysa
4908 W. 149th St.
Oak Forest, IL 60452-1450

Stephan Urbankiak
8809 S. McVicker Ave.
Oak Lawn, IL 60453-1135

Vasile Mihaila
5030 N. Marine Dr., Unit 2606
Chicago, IL 60640-3391

Vincent Henley
7722 S. Marquette
Chicago, IL 60649-4793

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| Ampere Electric Company, | ) | Chapter: | 11 |
| *A Corporation,* | ) | | |
| | ) | Case No: | 11-03664 |
| Debtor. | ) | | |

### MOTION FOR FINAL DECREE AND TO SHORTEN NOTICE

The Debtor, debtor in possession, by and through their attorneys Michael Davis and the law firm of Springer, Brown, Covey, Gaertner and Davis does hereby moves that this Court close this case and in support thereof hereby states as follows:

1. The Corporate Debtor filed it's petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on January 31, 2011 under 11 U.S.C. §101 *et*. *seq*.

2. This Court entered an Order directing the appointment of a Chapter 11 Trustee on May 10, 2011.

3. Alex D. Moglia was subsequently appointed as chapter 11 Trustee by the U.S. Trustee on May 12, 2011 and continues to serve in that capacity.

3. On November 30, 2011, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtor's Second Amended Plan of Reorganization which was confirmed by an Order of this Court entered the same date.

4. The Debtor has filed with this Court and with the United States Trustee the report in accordance with Rule 2015 indicating that the Debtor is currently executing their Plan, making plan payments according to the Plan of Reorganization approved by this Court.

5. Final Fee Application has been filed by Trustee and approved by this court. No further

attorneys fees will be required to be approved by this Court.

      6.      Status date was set in this case for January 10, 2012. This Motion is set for that date and Debtor requests that notice be shortened to that given.

      WHEREFORE, the Debtor requests that this Court enter an Order closing this case, shortening notice to that given and for such other relief as the Court sees fit to grant.

      Respectfully submitted,

      /s/ Michael J. Davis
      One of the Attorneys

Michael J. Davis (#6197896)
Springer, Brown, Covey, Gaertner & Davis, LLC
400 S. County Farm Rd., St. 330
Wheaton, IL 60187
(630)510-0000