UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-03664 |
| | ) | |
| AMPERE ELECTRIC COMPANY | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**AMENDED AGREED ORDER AWARDING FINAL COMPENSATION AND EXPENSE REQUEST TO TRUSTEE**

THIS MATTER having come before the Court on the Motion and Application of Alex D. Moglia, Trustee in this Chapter 11 Bankruptcy Estate for final compensation and expense reimbursement as Trustee, Notice of same having been adequately provided to all creditors and parties in interest, and as and by agreement between the Trustee, Alex D. Moglia and the Debtor, Ampere Electric Company, the Court having reviewed the Application and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED

1. That Trustee Compensation in the amount of $50,000.00 is allowed.
2. That reimbursement of expenses to the Trustee is allowed in the amount of $1,759.00
3. The Trustee is authorized to pay forthwith the allowed fees and expenses herein.

Enter:

*J. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 1-25-12

**Prepared by:**

Thomas E. Springer
SPRINGER BROWN COVEY GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000

Rev: 201100318_bko